IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GREGORY HARRIS                                                              PETITIONER

VS.                              CASE NO. 5:08CV00158 JLH

LARRY NORRIS, Director,
Arkansas Department of Correction                                          RESPONDENT

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, it is CONSIDERED,

ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice.

The relief prayed for is denied.

SO ADJUDGED this 25th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE