**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

GREGORY HARRIS                                                                                    PETITIONER

v.                                          NO. 5:08CV00158 JLH

LARRY NORRIS, Director,
Arkansas Department of Correction                                                              RESPONDENT

## ORDER

On September 10, 2008, the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas, submitted proposed findings and a recommended disposition in which he recommended that the habeas corpus petition of Gregory Harris be dismissed with prejudice and the requested relief be denied. Objections were due by September 24, 2008. On September 25, 2008, the Court entered an order adopting Magistrate Judge Jones's proposed findings and recommended disposition. On September 30, 2008, Gregory Harris filed written objections. Although the objections were untimely, the Court has considered them as a timely filed motion for reconsideration of the order adopting the proposed findings and recommended disposition of Magistrate Judge Jones. After *de novo* review, the motion for reconsideration is denied, and the proposed findings and recommended disposition submitted by Magistrate Judge Jones are again adopted as the findings and disposition of the Court.

SO ORDERED this 3rd day of October, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE